UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH S. ALEXANDER, | ) | |
| | ) | No. 09-C-3406 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Magistrate Judge Ashman |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO ENTER JUDGMENT

Defendant, Commissioner of Social Security, by his undersigned attorneys, hereby petitions this Court to enter judgment in this case.

Defendant notes that final judgment has not yet been entered in this case although the court order remand under the authority of sentence four of 42 U.S.C. § 405(g). Order at 29. Under the plain language of the statute judgment accompanies such an order. *See Finkelstein v. Bowen*, 496 U.S. 617 (1990). As final judgment is a prerequisite for an award under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(B), defendant asks the court to enter judgment in this case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Kurt N. Lindland
    KURT N. LINDLAND
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4163
    kurt.lindland@usdoj.gov

Of Counsel:

DONNA CALVERT
Regional Chief Counsel
Social Security Administration

CAROLE J. KOHN
Assistant Regional Counsel
200 West Adams Street, Suite 3000
Chicago, Illinois 60606
(877) 800-7578, ext. 19140